### 17308.   MERCER *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only.   There was some evidence authorizing the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 15, 1926.

Possessing intoxicating liquor; from city court of Metter—Judge Lanier.   March 20, 1926.

*C. W. Turner,* for plaintiff in error.

*L. C. Anderson, solicitor,* contra.

Criminal Law, 16 C. J. p. 1181, n. 78.

---

### 17309.   PARRISH *v.* THE STATE.

LUKE, J.   The defendant was convicted, upon ample evidence, of knowingly permitting an apparatus for manufacturing liquor to be located on his premises.   The court did not err in admitting the evidence complained of in the amendment to the motion for a new trial, nor in overruling the motion.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 15, 1926.

Violating liquor law; from city court of Metter—Judge Lanier. March 20, 1926.

*C. W. Turner,* for plaintiff in error.

*L. C. Anderson, solicitor,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.